UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GREGORIO PAISAN,
*on behalf of himself, and FLSA Collective Plaintiffs,*

        Plaintiff,

v.

THE CLEAN DOCTORS OF NEW YORK, LTD.
and JASON NOGIN,

        Defendants.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 25 2018 ★

BROOKLYN OFFICE

Case No.: 18-cv-1703

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the claims of Plaintiff GREGORIO PAISAN, are hereby dismissed, without prejudice, in their entirety as against Defendants THE CLEAN DOCTORS OF NEW YORK, LTD. and JASON NOGIN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 9, 2018
       New York, New York

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

**SO ORDERED:**

Dated: 7, 24, 2018

/s/ LDH
_____
United States District Judge